IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WANG PENGFEI, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-11650 <br><br> Judge Lindsay C. Jenkins |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Wang Pengfei ("Pengfei") filed a Motion for Entry of a Preliminary Injunction against the against the Defendants identified in Schedule A to the Complaint and attached hereto, with the exception of certain Defendants[1] (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Pengfei's Motion in part as follows.

This Court finds Pengfei has provided notice to Defendants in accordance with the Temporary Restraining Order entered November 22, 2024, [16] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

---

[1] These Defendants that are listed as "Dismissed" in place of their Defendant name on the attached Schedule A and are not subject to this order.

consumers in the United States, including Illinois. Specifically, Pengfei has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Pengfei's federally registered patents (the "Pengfei Patents") to residents of Illinois. In this case, Pengfei has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using infringing versions of the Pengfei Patents. *See* Docket No. [10], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its goods to customers in Illinois bearing infringing versions of the Pengfei Patents.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Pengfei's previously granted Motion for Entry of a TRO establishes that Pengfei has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Pengfei will suffer irreparable harm if the injunction is not granted.

Specifically, Pengfei has proved a *prima facie* case of patent infringement because (1) Pengfei is the lawful assignee of all right, title and interest in and to the Pengfei Patents (2) Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products that infringe directly and/or indirectly the designs claimed in the Pengfei Patents and (3) an ordinary observer would be deceived into thinking the Defendants' products

were the same as the Pengfei Patents. Pengfei has also proved a *prima facie* case of trade dress infringement because (1) it has established it owns a trade dress that is distinctive and nonfunction and (2) it has shown that Defendants are utilizing Plaintiff's trade dress in a way that is likely to confuse consumers about the source of the goods. Furthermore, Defendants' continued and unauthorized use of the Pengfei Patents irreparably harms Pengfei through diminished goodwill and brand confidence, damage to Pengfei's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Pengfei has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Pengfei Patents or any reproductions, copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Pengfei product or not authorized by Pengfei to be sold in connection with the Pengfei Patents;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Pengfei product or any other product produced by Pengfei, that is not Pengfei's or not produced under the authorization, control, or supervision of Pengfei and approved by Pengfei for sale under the Pengfei Patents;

3

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Pengfei, or are sponsored by, approved by, or otherwise connected with Pengfei; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Pengfei, nor authorized by Pengfei to be sold or offered for sale, and which infringe any of Pengfei's patents, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Pengfei's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., WhaleCo Inc. ("Temu"), Walmart.com ("Walmart"),

eBay, Inc. ("eBay"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Pengfei expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Pengfei's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of

such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Pengfei Patents.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Pengfei may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Asiroute and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff's Schedule A to the Complaint, [2], Motion for Temporary Restraining Order and accompanying pleadings, [8-10] and the TRO [16] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Pengfei shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
Lindsay C. Jenkins
United States District Judge

Enter: 24-cv-11650

Dated: 12/29/2024

**SCHEDULE A TO PRELIMINARY INJUNCTION ORDER**

| No. | Defendant Name | Seller URL |
|---|---|---|
| 1 | **DISMISSED** | |
| 2 | SupBeaut | amazon.com/sp?seller=A2MWRBWIK7OVXB |
| 3 | YangYI SHOP | amazon.com/sp?seller=A3OA5THYJ2MJEJ |
| 4 | sogue | amazon.com/sp?seller=A1SWVK1JTMA05D |
| 5 | Shenghongamz | amazon.com/sp?seller=ACW9UJH41GYAD |
| 6 | **DISMISSED** | |
| 7 | koufangjiandedian | amazon.com/sp?seller=A34YHDEONPUSOJ |
| 8 | gymh | amazon.com/sp?seller=A1Z4PWMUR0VTTD |
| 9 | fangxingda | amazon.com/sp?seller=AS0GR2WI289AO |
| 10 | LOONAGU | amazon.com/sp?seller=AJ8MTTELO7U9C |
| 11 | **DISMISSED** | |
| 12 | Intentionally Omitted | |
| 13 | ZHENGFUO | amazon.com/sp?seller=A9OB5U09Z8X3U |
| 14 | JinSyu | amazon.com/sp?seller=AJRXX67309TER |
| 15 | Intentionally Omitted | |
| 16 | CHALICA | amazon.com/sp?seller=A3CKBK56JM5JMR |
| 17 | Hronta | amazon.com/sp?seller=A37GVNJPOUC8AU |
| 18 | Starlazy | amazon.com/sp?seller=AO6D921F1TC68 |
| 19 | YUECHENE | amazon.com/sp?seller=A1PLP6RZGDCONT |
| 20 | HUASANX | amazon.com/sp?seller=A1F0SDJORJRNJL |
| 21 | JMENGE | amazon.com/sp?seller=A157C63CTGIZEW |
| 22 | GUANSHANG | amazon.com/sp?seller=A2PVXSBRQVJNIY |
| 23 | YUMAOHU | amazon.com/sp?seller=AOXKFSZR23KWL |
| 24 | ZHTXLOK | amazon.com/sp?seller=A3E3MND7B5TP3Y |
| 25 | Hittite | amazon.com/sp?seller=A1PKKS48SGPLTF |
| 26 | JSTPRO US | amazon.com/sp?seller=A1V81S5LQLOHQQ |
| 27 | sogue | amazon.com/sp?seller=A1SWVK1JTMA05D |
| 28 | MeetoryDirect | amazon.com/sp?seller=A2Q1ADXCL1NYP |
| 29 | YangYI SHOP | amazon.com/sp?seller=A3OA5THYJ2MJEJ |
| 30 | Hysagtek Direct | amazon.com/sp?seller=A2VMQERMDPGQQN |
| 31 | Kalolary | amazon.com/sp?seller=A27GGDJJEQHEAG |
| 32 | **DISMISSED** | |
| 33 | wedgwooay | ebay.com/usr/wedgwooay |
| 34 | Fine Autoparts AU | ebay.com/str/fineautopartsau |
| 35 | HWAUDI | ebay.com/str/hwaudi |
| 36 | FYUK | ebay.com/str/fyuk |
| 37 | letinghui | ebay.com/str/letinghui |
| 38 | yinxinlai | ebay.com/str/yinxinlai |
| 39 | ITOBBY | ebay.com/str/itobby |
| 40 | htbyuk0623 | ebay.com/str/htbyuk0623 |

| No. | Defendant Name | Seller URL |
|---|---|---|
| 41 | wallpointo | ebay.com/usr/wallpointo |
| 42 | puwadul | ebay.com/str/puwadul |
| 43 | haylpa_63 | ebay.com/str/haylpa63 |
| 44 | charhef18 | ebay.com/str/charhef18 |
| 45 | **DISMISSED** | |
| 46 | **DISMISSED** | |
| 47 | **DISMISSED** | |
| 48 | addstore | ebay.com/str/addstore |
| 49 | hardrun | ebay.com/str/hardrun |
| 50 | lalabellstore | ebay.com/str/lalabellstore |
| 51 | **DISMISSED** | |
| 52 | **DISMISSED** | |
| 53 | SFN Co.Ltd | walmart.com/seller/101210300 |
| 54 | pinyuzog Co. ltd | walmart.com/seller/101094999 |
| 55 | Kehuo | walmart.com/seller/101273376 |
| 56 | SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI | walmart.com/seller/101614903 |
| 57 | XiLanHUA | walmart.com/seller/101664481 |
| 58 | PWPSG | walmart.com/seller/101645179 |
| 59 | Dadatutu | walmart.com/seller/101623246 |
| 60 | bnGAJN | walmart.com/seller/101680560 |
| 61 | Lxhmsndhaw | walmart.com/seller/102482058 |
| 62 | GBAYXJ HOME | walmart.com/seller/101570547 |
| 63 | Hxoliqit | walmart.com/seller/101502041 |
| 64 | MOTAO.Co.Ltd | walmart.com/seller/101676326 |
| 65 | uyhgjm | walmart.com/seller/101691833 |
| 66 | FOLAMADAK | walmart.com/seller/101634024 |
| 67 | liboshangmaa | walmart.com/seller/102503569 |
| 68 | WFMBUH | walmart.com/seller/101581867 |
| 69 | WSNG Co.ltd | walmart.com/seller/101230666 |
| 70 | Yshop | walmart.com/seller/101666018 |
| 71 | bcbaiee | walmart.com/seller/102489335 |
| 72 | AdXKenry | walmart.com/seller/102493842 |
| 73 | SuChun | walmart.com/seller/101680943 |
| 74 | ZZPWYFDC | temu.com/-m-634418216660916.html |
| 75 | AW House | temu.com/-m-6093351534098.html |
| 76 | MIMICO | temu.com/-m-634418214705995.html |
| 77 | ZLLCYGJ | temu.com/-m-634418214010884.html |
| 78 | hhsgxka | temu.com/-m-634418213308364.html |
| 79 | xiaotubeibei | temu.com/-m-634418212237115.html |
| 80 | hhhzzzkkk | temu.com/-m-634418216208045.html |
| 81 | HaoChanp | temu.com/-m-634418213893532.html |

| No. | Defendant Name | Seller URL |
|---|---|---|
| 82 | Gismo | temu.com/-m-634418217255950.html |
| 83 | WYFDCZZP | temu.com/-m-634418211847759.html |
| 84 | HAIKUI | temu.com/-m-634418211489449.html |
| 85 | untie st | temu.com/-m-634418217571557.html |
| 86 | Excellent Choice Store | aliexpress.com/store/1102891430 |
| 87 | Superb Car Motor Accessories Store | aliexpress.com/store/1103854138 |
| 88 | My House Store | aliexpress.com/store/1102628269 |
| 89 | Tasteful Party Store | aliexpress.com/store/1101339984 |
| 90 | Hi My Tools Store | aliexpress.com/store/1101860705 |
| 91 | My Fashion-Bag Store | aliexpress.com/store/1103858134 |
| 92 | Enjoy DIY Home Decor Store | aliexpress.com/store/1102693125 |
| 93 | Daily Life Product (Offer Drop Shi | aliexpress.com/store/1101375261 |
| 94 | Cycling Official Storage Store | aliexpress.com/store/1104064867 |
| 95 | Magical Electron Products Store | aliexpress.com/store/1101743556 |
| 96 | Cozy Home Collection Store | aliexpress.com/store/1102307261 |
| 97 | Elec Daily Store | aliexpress.com/store/1101713638 |
| 98 | Demiawaking Store | aliexpress.com/store/1101354408 |
| 99 | Shop5073397 Store | aliexpress.com/store/1101339205 |
| 100 | DIY Dream World Store | aliexpress.com/store/1103887585 |
| 101 | Shop1102941051 Store | aliexpress.com/store/1102937088 |
| 102 | Daily Handcraft Store | aliexpress.com/store/1101245942 |
| 103 | isPretty Store | aliexpress.com/store/1101784289 |
| 104 | Pinky Baby Store | aliexpress.com/store/1101570580 |
| 105 | **DISMISSED** | |
| 106 | **DISMISSED** | |
| 107 | **DISMISSED** | |
| 108 | **DISMISSED** | |
| 109 | **DISMISSED** | |
| 110 | **DISMISSED** | |
| 111 | **DISMISSED** | |